George H. MARTIN and Irene Martin,
Petitioners,

v.

COMMISSIONER OF INTERNAL
REVENUE.

No. 13613.

United States Court of Appeals
Third Circuit.

Argued Oct. 19, 1961.

Decided Oct. 26, 1961.

Downey Rice, Washington, D. C., for petitioners.

Donald P. Horwitz, Washington, D. C. (Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, Robert N. Anderson, Attorneys, Department of Justice, Washington, D. C., on the brief), for respondent.

Before KALODNER, HASTIE and GANEY, Circuit Judges.

PER CURIAM.

Upon review of the record we find no error. The Decision of the Tax Court will be affirmed.

Robert P. GRAY, Leslie I. Rogers, Jennings H. Graham, Edward Y. Osborne, d/b/a Gray, Rogers, Graham and Osborne, Petitioners,

v.

NATIONAL LABOR RELATIONS
BOARD, Respondent.

No. 17156.

United States Court of Appeals
Ninth Circuit.

Oct. 5, 1961.

McNealy, Merdes & Camarot, Fairbanks, Alaska, for petitioner.

Stuart Rothman, Gen. Counsel for N. L. R. B., Dominick L. Manoli, Associate Gen. Counsel, Marcel Mallet-Prevost, Asst. Gen. Counsel, Melvin Pollack and James A. Ryan, Attorneys for N. L. R. B., Washington, D. C., Charles Henderson, Atty. for N. L. R. B., Seattle, Wash., for respondent.

Before CHAMBERS, HAMLIN and KOELSCH, Circuit Judges.

PER CURIAM.

The case involves two temporary employees in a very small operation. We are unable to find sufficient jurisdictional basis for enforcement of the proposed order or that enforcement would effectuate the purposes of the National Labor Relations Act. Cf. N. L. R. B. v. Trama, 9 Cir., 1961, 293 F.2d 28; and N. L. R. B. v. Grunwald-Marx, Inc., 9 Cir., 290 F.2d 210.